# United States District Court

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Tillit Perez | CASE NUMBER: 6:06-mj-0238-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

**Dated:**   February 23, 2007          /s/ **William M. Wunderlich**
mmkd34                            UNITED STATES MAGISTRATE JUDGE